UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - -   X
                                 :
UNITED STATES OF AMERICA         :        INDICTMENT
                                 :
        - v. -                   :        19 Cr.
                                 :
CLINT EDWARDS,                   :
                                 :
        Defendant.               :
                                 :
- - - - - - - - - - - - - - -    :
                                 X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED:   JAN 0 8 2019

19 MIM 018

## COUNT ONE

The Grand Jury charges:

1.    On or about November 30, 2018, in the Southern
District of New York and elsewhere, CLINT EDWARDS, the
defendant, willfully and knowingly did threaten to assault,
kidnap, and murder a United States judge, with intent to impede,
intimidate, and interfere with such United States judge while
engaged in the performance of official duties, and with intent
to retaliate against such United States judge on account of the
performance of official duties, to wit, EDWARDS disrupted a
sentencing proceeding and threatened to murder, assault, and
otherwise harm a United States District Judge in the Southern
District of New York.

(Title 18, United States Code, Sections 115(a)(1)(B) and 2.)

JUDGE OETKEN

**COUNT TWO**

The Grand Jury further charges:

2.    On or about November 30, 2018, in the Southern District of New York and elsewhere, CLINT EDWARDS, the defendant, willfully and knowingly did threaten to assault, kidnap, and murder a Federal law enforcement officer, with intent to impede, intimidate, and interfere with such law enforcement officer while engaged in the performance of official duties, and with intent to retaliate against such law enforcement officer on account of the performance of official duties, to wit, EDWARDS disrupted a sentencing proceeding and threatened to murder, assault, and otherwise harm an Assistant United States Attorney for the Southern District of New York.

(Title 18, United States Code, Sections 115(a)(1)(B) and 2.)

_____ 1/8/19

FOREPERSON

GEOFFREY S. BERMAN
United States Attorney

2

Form No. USA-33s-274 (Ed. 9-25-58)

---

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

**UNITED STATES OF AMERICA**

v.

**CLINT EDWARDS,**

Defendant.

---

**INDICTMENT**

19 Cr.

(18 U.S.C. §§ 115(a)(1)(B) and 2.)

GEOFFREY S. BERMAN
United States Attorney

Foreperson

---

01/08/19    INDICTMENT F.led by Ant West
  (CA)      WHEEL A - DJ OETKEN

KH PAPPER
USMJ