

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

February 27, 2019

**BY ECF**

The Honorable J. Paul Oetken
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

Re:   *United States v. Clint Edwards*, 19 Cr. 18 (JPO)

Dear Judge Oetken:

There is a conference scheduled for March 4, 2019 at 12:00 p.m. in the above-captioned case. The Government has conferred with defense counsel and defense counsel has requested a brief adjournment to allow him time to discuss potential resolutions with his client. The Government consents to this request. The parties are available for a conference on March 19, 2019 before noon and on March 20, 2019 at any time.

If the Court were to grant this request, the Government would move to exclude time between now and the new conference date under the Speedy Trial Act, and defense counsel would consent to such exclusion.

Respectfully submitted,

GEOFFREY S. BERMAN
United States Attorney

By: _____
Peter J. Davis
Assistant United States Attorney
(212) 637-2468

cc:   David Bertan, Esq. (by ECF)